UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARY KOTTKE,                          )   No. CV 07-05618 -VBK
                                      )
                  Plaintiff,          )   JUDGMENT
                                      )
        v.                            )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social                )
Security,                             )
                                      )
                  Defendant.          )
_____ )

        **IT IS HEREBY ORDERED** that the decision of the Commissioner is
reversed, and the matter is remanded for a new hearing consistent with
the Memorandum Opinion.


DATED:  August 1, 2008          _____/s/_____
                                VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE